IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  99-cv-02431-ZLW-CBS

MARKEITH BOYD,
    Plaintiff,
v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice,
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,
MS. LLEWELLYN, Case Manager Coordinator, FCI Englewood,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court pursuant to the Supplemental Order of Reference dated November 22, 2006 (doc. # 143) and the Minute Order dated November 22, 2006 (doc. # 144).  The court having reviewed the Supplemental Order of Reference, the Minute Order, and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff's request for "a complete docket sheet listing of all the proceedings. . ." (filed November 8, 2006) (doc. # 141) is GRANTED.  The Clerk of the Court shall mail Plaintiff a current copy of the docket sheet.

    2.    A status conference has been set on **Tuesday January 9, 2007 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff, or his case manager, shall

arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

Dated at Denver, Colorado this 27th day of November, 2006.

BY THE COURT

*s/Craig B. Shaffer*
United States Magistrate Judge