IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,
    Plaintiff,
v.

STEPHEN J. T'KACH, et al.
    Defendants.
_____

ORDER TO PRISON OFFICIALS AT SHAWANGUNK CORRECTIONAL FACILITY
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Boyd's letter (filed December 19, 2006) (doc. # 149).  Pursuant to the Order of Reference dated November 22, 2006 (doc. # 143) and the memorandum dated December 20, 2006 (doc. # 150), the letter was referred to the Magistrate Judge.  The court has reviewed the letter and the entire case file and is sufficiently advised in the premises.

Boyd asks the court to directly notify prison officials at the Shawangunk Correctional Facility of the status conference scheduled on January 9, 2007 at 8:30 a.m. (Mountain Time).  Accordingly, IT IS ORDERED that:

    1.    The status conference remains scheduled on **Tuesday January 9, 2007 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.

    2.    **Boyd and/or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.**

1

      3.      The court requests the Clerk of the Court to serve a copy of this Order on the Shawangunk Correctional Facility, 750 Prison Road, Wallkill, New York 12589-0750.

DATED at Denver, Colorado, this 20th day of December, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge