IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,

    Plaintiff,

v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice,
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,
MS. LLEWELLYN, Case Manager Coordinator, FCI Englewood,

    Defendants.
_____

**ORDER**
_____

    It has come to the attention of the Court that an Order of the late Judge Daniel B. Sparr dated January 26, 2000, ordered that a document now known as Exhibit D to Plaintiff's letter filed January 4, 2007 (Doc. No. 152) be sealed until further order of the Court.  Therefore, it is

    ORDERED that Exhibit D is hereby sealed until further order of this Court.  It is

    FURTHER ORDERED that Plaintiff shall not include this document with any further papers filed with the Court, nor shall he share the information in Exhibit D in any way.

    DATED at Denver, Colorado, this  11  day of January, 2007.

    BY THE COURT:

    *[signature]*

    ZITA L. WEINSHIENK, Senior Judge
    United States District Court