IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,
    Plaintiff,
v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice,
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,
MS. LLEWELLYN, Case Manager Coordinator, FCI Englewood,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on January 9, 2007 for a status conference. Pursuant to the Order of Reference dated November 22, 2006 (doc. # 143), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." The court has reviewed the status of the case, the entire case file, and the comments of the Plaintiff Boyd and defense counsel at the January 9, 2007 status conference and is sufficiently advised in the premises.

    On January 16, 2007, defense counsel provided a current address for Defendant Hendricks. (*See* doc. # 157). Defense counsel indicated that "[t]he work address for defendant Stephen J. T'Kach has been provided by confidential letter to Magistrate judge Shaffer today for security reasons." Magistrate Judge Shaffer has not received

such confidential letter.  Defense counsel has represented that he does not know Defendant Reno's current address.

At the hearing held on January 9, 2007, the court afforded Plaintiff Boyd time to consider whether he wishes to continue to pursue Defendant Reno in this civil action. Boyd has not yet notified the court of his intention.

Accordingly, IT IS ORDERED that:

1.	Plaintiff Boyd shall notify the court on or before **Friday February 9, 2007** whether he wishes to continue to pursue Defendant Reno in this civil action.  Upon notification from Boyd, the court will proceed to order service of process by the United States Marshal as appropriate.

2.	Defense counsel shall notify the Magistrate Judge on or before **Friday February 9, 2007** of "[t]he work address for defendant Stephen J. T'Kach" by confidential letter or as appropriate.

DATED at Denver, Colorado, this 29th day of January, 2007.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge