IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,
    Plaintiff,
v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice,
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,
MS. LLEWELLYN, Case Manager Coordinator, FCI Englewood,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Order sent to Plaintiff and returned on February 6, 2007 as undeliverable. (*See* docs. # 159 and # 160).

    At the hearing held on January 9, 2007, the court afforded Plaintiff Boyd time to consider whether he wishes to continue to pursue Defendant Reno in this civil action. Boyd has not yet notified the court of his intention. On January 29, 2007, the court ordered Plaintiff Boyd to notify the court on or before Friday February 9, 2007 whether he wishes to continue to pursue Defendant Reno in this civil action. (*See* doc. # 159). On February 6, 2007, Plaintiff Boyd's copy of the court's Order was returned in the mail as undeliverable. (*See* doc. # 160). Upon review of the returned envelope, the court notes that the Clerk of the Court did not properly address the envelope.

    Accordingly, IT IS ORDERED that:

1. The Clerk of the Court shall re-mail a copy of the court's Order dated January 29, 2007 (doc. # 159) to:

**Markeith Boyd**
**DIN 90-A-9631**
**Shawagunk Correctional Facility**
**P.O. Box 700**
**Wallkill, New York 12589**

2. The Clerk of the Court shall update the certificate of mailing to accurately reflect Plaintiff Boyd's current address.

3. Plaintiff Boyd shall notify the court on or before **Friday March 2, 2007** whether he wishes to continue to pursue Defendant Reno in this civil action.  Upon notification from Boyd, the court will proceed to order service of process by the United States Marshal as appropriate.

DATED at Denver, Colorado, this 15th day of February, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge