IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,
    Plaintiff,

v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice,
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,
MS. LLEWELLYN, Case Manager Coordinator, FCI Englewood,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

FEB 27 2007

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING PERSONAL SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for personal service of the Amended Complaint. Mr. Boyd is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* June 12, 2002 "Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 87)). The Amended Complaint (doc. # 92) was accepted by the court for filing on July 29, 2002. Accordingly,

    IT IS ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from Defendant Stephen J. T'Kach at the confidential address provided to the Clerk of the Court. This address shall be kept confidential. If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall personally serve a copy of the Amended Complaint (doc. # 92) and summons upon Defendant T'Kach. Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, this 27th day of February, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 99-cv-02431-ZLW-CBS

Markeith Boyd
Prisoner No. 90A9631
Shawangunk Corr. Facility
PO Box 700
Wallkil, NY 12589

US Marshal Service
Service Clerk
Service forms for: Stephen J. T'Kach - SEALED

J.B. Garcia, Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal Service for service of process on Stephen J. T'Kach - SEALED: AMENDED COMPLAINT FILED 7/29/02, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/27/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk