IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,

      Plaintiff,

v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations,
JANET RENO, Former Attorney General, U.S. Dept. of Justice, and
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,

      Defendants.

_____

## ORDER DISMISSING CERTAIN DEFENDANT
_____

The matter before the Court is the Magistrate Judge's Recommendation that

Defendant Janet Reno, former Attorney General, be dismissed for failure to comply with

the Court's February 27, 2007, Order (Doc. No. 163), failure to effect service pursuant

to Rule 4(m), and failure to prosecute pursuant to D.C. COLO.LR 41.1.  Plaintiff has

filed no objections to the Recommendation.

The Court, after careful consideration, agrees with the Magistrate Judge's

analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's

findings and Recommendation.  Therefore, it is

ORDERED that Defendant Janet Reno be dismissed from the action and her name be removed from the case caption.

DATED at Denver, Colorado, this   19   day of April, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court