IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,

    Plaintiff,

v.

STEPHEN J. T'KACH, Associate Director, Office of Enforcement Operations, and
TRACEY HENDRICKS, CIMS Coordinator, U.S. Bureau of Prisons,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Respond to the Court's Order to Show Cause (*doc. no. 191*) is **GRANTED**. Plaintiff's response is due on or before **July 21, 2008**.

**DATED:**    May 19, 2008