IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 99-cv-02431-ZLW-CBS

MARKEITH BOYD,

    Plaintiff,

v.

JOHN DOE (1-3), party to be determined,
JANE DOE (1-3), party to be determined,

    Defendants.

## ORDER OF DISMISSAL

In the Order filed March 20, 2008, this Court dismissed with prejudice all of Plaintiff's remaining claims against Stephen J. T'Kach and Tracey Hendricks, the only remaining named Defendants in the action (Doc. No. 189). The Court further noted that at one point Plaintiff appeared to be asserting claims against "Defendants John Doe (1-3) and Jane Doe (1-3)," although those Doe Defendants had not been listed on the case caption since late 2006 and "have never been identified, served, or dismissed." Plaintiff was ordered to show cause in writing on or before April 21, 2008, why Defendants John Doe (1-3) and Jane Doe (1-3) should not be dismissed from this action pursuant to Fed. R. Civ. P. 4(m) for failure to timely effect service. Plaintiff requested and was granted an extension to July 21, 2008, to show cause. (See Doc. Nos. 191, 193). To date, Plaintiff has filed no substantive response to the Court's show cause Order. Therefore, it is

ORDERED that Defendants John Doe (1-3) and Jane Doe (1-3) are dismissed without prejudice from this action. All Defendants and claims now have been dismissed from this action, and judgment will be entered accordingly.

DATED at Denver, Colorado, this __30th__ day of September, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court